**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Outkast Electrical Contractors, Inc. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)    90-0828144 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 39 Johnston Road <br> Dorchester Center, MA 02124 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| Suffolk <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.outkastelectrical.com |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Outkast Electrical Contractors, Inc.
_____   Case number (if known) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   2381

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor   Outkast Electrical Contractors, Inc.                                    Case number (*if known*) _____
         Name

---

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |
|---|---|

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | | |
|---|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

| 15. | **Estimated Assets** | | |
|---|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | | |
|---|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Outkast Electrical Contractors, Inc.                        Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February 13, 2024
                MM / DD / YYYY

**X** /s/  Paul Gray _____     Paul Gray _____
Signature of authorized representative of debtor    Printed name

Title    President _____

---

**18. Signature of attorney**    **X** /s/ John Sommerstein _____     Date  February 13, 2024 _____
Signature of attorney for debtor                           MM / DD / YYYY

John Sommerstein 555521 _____
Printed name

John F. Sommerstein _____
Firm name

1091 Washington Street
Gloucester, MA 01930 _____
Number, Street, City, State & ZIP Code

Contact phone    (617) 523-7474 _____     Email address    jfsommer@aol.com _____

555521 MA _____
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | Outkast Electrical Contractors, Inc. | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 90-0828144 | |

**4.**  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 39 Johnston Road<br>Dorchester Center, MA 02124 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Suffolk | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | https://www.outkastelectrical.com |

**6.**  **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Outkast Electrical Contractors, Inc.                                Case number (if known) _____
         Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
      2381

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor   Outkast Electrical Contractors, Inc.             Case number *(if known)* _____
       Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Outkast Electrical Contractors, Inc.                                    Case number (if known) _____
          Name

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 7, 2024
               MM / DD / YYYY

X _____        Paul Gray
    Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**    X  *John F. Sommerstein*                    Date    February 7, 2024
                                    Signature of attorney for debtor                    MM / DD / YYYY

John Sommerstein 555521
Printed name

John F. Sommerstein
Firm name

1091 Washington Street
Gloucester, MA 01930
Number, Street, City, State & ZIP Code

Contact phone    (617) 523-7474        Email address    jfsommer@aol.com

555521 MA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Outkast Electrical Contractors, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BEI Fund c/o Eastern Bank 265 Franklin Street Boston, MA 02110 | | Loan | | | | $80,330.00 |
| Bristol County Savings Bank P.O. Box 4002 Taunton, MA 02780 | | Dodge Ram 1500C Truck Dodge Ram 2500 truck Isuzu Truck Truck | | $38,141.00 | $0.00 | $38,141.00 |
| C.E.S Mass-Midwest Division P.O. Box 1006 Wilbraham, MA 01095 | | | | | | $76,703.00 |
| Comm-Tract Corp 235 Summer Road Boxborough, MA 01719 | | | | | | $381,145.00 |
| Department of Revenue Bankruptcy Unit PO Box 7090 Boston, MA 02204 | | Trust fund taxes | | | | $100,000.00 |
| Electric Supply Center 200 Middlesex Turnpike, Burlington, MA 01803 | | | | | | $511,765.00 |
| Everest Business Funding 102 W 38th Street, 6th Floor, New York, NY 10018 | | loan | | | | $161,184.00 |
| Fire Command System Inc 7 Eustis St, Unit B Saugus, MA 01906 | | | | | | $85,000.00 |

Debtor  __Outkast Electrical Contractors, Inc._____     Case number *(if known)*  _____
 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FM Generator 35 Pequit Street Canton, MA 02021 | | | | | | $81,723.00 |
| Granite City Electric Supply CO 19 Quincy Avenue Quincy, MA 02169 | | | | | | $58,376.00 |
| Independent Electric Supply 41 Inner Belt Road Somerville, MA 02143 | | | | | | $279,611.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | trust fund taxes | | | | $1,309,405.00 |
| Local 103 I.B.E.W HBP 256 Freeport Street Dorchester, MA 02122 | | Union Benefits | | | | $1,159,230.00 |
| Mill Cities Community Investment 50 Island Street, Suite #103 Lawrence, MA 01840 | | | | $495,786.00 | $0.00 | $495,786.00 |
| Paul Gray 12 Quarry Lane North Easton, MA 02356 | | | | | | $55,320.00 |
| Pick Crane Service Inc 373 Winchester Street Newton Highlands, MA 02461 | | | | | | $30,313.00 |
| TD Auto Finance P.O. Box 9223 Farmington, MI 48333 | | Dodge Ram 2500 truck | | $35,811.00 | $0.00 | $35,811.00 |
| TD Auto Finance P.O. Box 9223 Farmington, MI 48333 | | Dodge Ram 1500C Truck | | $30,216.00 | $0.00 | $30,216.00 |
| U.S. Small Business Adminstration Processing and Disbursement Center 14925 Kingsport Road, Fort Worth, TX 76155 | | | | $142,124.00 | $0.00 | $142,124.00 |
| WESCO Portland ME 327 Marginal Way Portland, ME 04101 | | | | | | $480,976.00 |

Access Systems & Security
160 Howard Street
North Reading, MA 01864


American Alarm & Communications, Inc.
297 Broadway
Arlington, MA 02474


BDC Community Capital Corp.
Attn: Stanley J Horsman
500 Edgewater Drive
Wakefield, MA 01880


BEI Fund
c/o Eastern Bank 265 Franklin Street
Boston, MA 02110


Boston Lighting Rod Co.
120 East Street Dedham
Dedham, MA 02026


Bristol County Savings Bank
P.O. Box 4002
Taunton, MA 02780


C.E.S Mass-Midwest Division
P.O. Box 1006
Wilbraham, MA 01095


Comm-Tract Corp
235 Summer Road
Boxborough, MA 01719


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


Department of Revenue
Bankruptcy Unit PO Box 7090
Boston, MA 02204


Electric Supply Center
200 Middlesex Turnpike,
Burlington, MA 01803


Everest Business Funding
102 W 38th Street, 6th Floor,
New York, NY 10018


Fire Command System Inc
7 Eustis St, Unit B
Saugus, MA 01906


FM Generator
35 Pequit Street
Canton, MA 02021

Granite City Electric Supply CO
19 Quincy Avenue
Quincy, MA 02169


Herc Rentals
45 Gerard Street,
Roxbury, MA 02119


Independent Electric Supply
41 Inner Belt Road
Somerville, MA 02143


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kevin Scarlett
248 West Street
Mansfield, MA 02048


Keystone Equipment Finance Corp
433 New Park Avenue
West Hartford, CT 06110


LHR & Associates, LLC
1660 Soldiers Field Road
Brighton, MA 02135


Local 103 I.B.E.W HBP
256 Freeport Street
Dorchester, MA 02122


Mill Cities Community Investment
50 Island Street, Suite #103
Lawrence, MA 01840


Outline Consulting, LLC
121 Pine Hill Road
Bedford, MA 01730


Paul Gray
12 Quarry Lane
North Easton, MA 02356


Pick Crane Service Inc
373 Winchester Street
Newton Highlands, MA 02461


REXEL
P.O. Box 417803
Boston, MA 02241


Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109

Sansiveri, Kimball & Co. LLP
50 Holden Street
Providence, RI 02908


Shacuiya Lang
12 Quarry Lane
North Easton, MA 02356


TD Auto Finance
P.O. Box 9223
Farmington, MI 48333


Triumph Modular
194 Ayer Road
Littleton, MA 01460


Turtle & Hughes
100 Walnut Avenue
Clark, NJ 07066


U.S. Small Business Adminstration
Processing and Disbursement Center
14925 Kingsport Road,
Fort Worth, TX 76155


UL LLC
75 Remittance Drive,
Chicago, IL 60675


United Rentals Inc
P.O. Box 100711
Atlanta, GA 30384


WESCO Portland ME
327 Marginal Way
Portland, ME 04101

# United States Bankruptcy Court
## District of Massachusetts

In re  Outkast Electrical Contractors, Inc. 
_____
                                    Debtor(s)

Case No.  _____
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Outkast Electrical Contractors, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Kevin Scarlett
248 West Street
Mansfield, MA 02048

Paul Gray
12 Quarry Lane
North Easton, MA 02356

☐ None [*Check if applicable*]

February 13, 2024
_____
Date

/s/ John Sommerstein
_____
John Sommerstein 555521
Signature of Attorney or Litigant
Counsel for   Outkast Electrical Contractors, Inc.
John F. Sommerstein
1091 Washington Street
Gloucester, MA 01930
(617) 523-7474  Fax:(617) 523-7474
jfsommer@aol.com